**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____    Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-

| | | |
|---|---|---|
| 1. | Debtor's name | **Buzzbrews, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | dba Buzzbrews Kitchen; dba Buzzbrews Lakewood |
| 3. | Debtor's federal Employer | 8 4 – 1 6 8 3 0 0 3 |

4. Debtor's address

**Principal place of business**

**6039 Prospect Avenue**
Number    Street

**Dallas**    **TX**    **75206**
City    State    ZIP Code

**Dallas**
County

**Mailing address, if different from principal**

**PO Box 140446**
Number    Street

_____
P.O. Box

**Dallas**    **TX**    **75214-0446**
City    State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____
City    State    ZIP Code

5. Debtor's website (URL) _____

6. Type of debtor
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Buzzbrews, Inc.**_____   Case number (if known)_____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

   _7_ _2_ _2_ _5_

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V

   *Check one:*
   - ☒ Chapter 7
   - ☐ Chapter 9
   - ☐ Chapter 11. *Check all that apply:*
       - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most
       - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance
       - ☐ A plan is being filed with this petition.
       - ☐ Acceptances of the plan were solicited prepetition from one or more classes of
       - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-
       - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934
   - ☐ Chapter 12

Debtor **Buzzbrews, Inc.**_____    Case number (if known)_____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a

   ☑ No
   ☐ Yes. District _____ When _____ Case number _____
                                              MM / DD / YYYY
         District _____ When _____ Case number _____
                                              MM / DD / YYYY
         District _____ When _____ Case number _____
                                              MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1,

    ☑ No
    ☐ Yes. Debtor _____ Relationship _____
           District _____ When _____
                                                     MM / DD / YYYY
           Case number, if known _____

           Debtor _____ Relationship _____
           District _____ When _____
                                                     MM / DD / YYYY
           Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180
    days immediately preceding the date of this petition or for a longer part of such 180 days

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this

Debtor **Buzzbrews, Inc.**　　　　　　　　　　　　　　　　　　　　　　　　　Case number (if known)_____

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard?_____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without
　attention (for example, livestock, seasonal goods, meat, dairy, produce, or

☐ Other_____

**Where is the property?** _____
　　　　　　　　　　　　　Number　　　Street

_____

_____　　____　　_____
City　　　　　　　　　　　　　　　　　　State　　ZIP Code

**Is the property insured?**

☐ No
☐ Yes.　Insurance agency _____
　　　　Contact name　　　_____
　　　　Phone　　　　　　　_____

### Statistical and adminstrative information

| 13. | Debtor's estimation of available funds | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. | Estimated number of creditors | ☐ 1-49<br>☑ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |

| 15. | Estimated assets | ☑ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

| 16. | Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☑ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

Debtor **Buzzbrews, Inc.**_____   Case number (if known)_____

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to

**17. Declaration and signature of authorized representative**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/11/2023**
MM / DD / YYYY

X **/s/ Ernest E. Belmore**_____
Signature of authorized representative of debtor
**Ernest E. Belmore**
Printed name
**President**
Title

**18. Signature of attorney**

X **/s/ John Paul Stanford**_____   Date **12/11/2023**
Signature of attorney for debtor                                        MM / DD / YYYY

**John Paul Stanford**
Printed name
**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
Firm name
**2001 Bryan Street, Suite 1800**
Number      Street

**Dallas**                                              **TX**          **75201**
City                                                  State         ZIP Code

**(214) 871-2100**                                    **jstanford@qslwm.com**
Contact phone                                         Email address
**19037350**                                          **TX**
Bar number                                            State

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Buzzbrews, Inc.**                                                                CASE NO

                                                                                                                CHAPTER    **7**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  12/11/2023                                             Signature  /s/ Ernest E. Belmore
                                                                                  *Ernest E. Belmore*
                                                                                  *President*

Date  _____                              Signature  _____

Ace Mart Restaurant Supply Co.
PO Box 974297
Dallas, TX 75397-4297

APG&E
PO Box 660038
Dallas, TX 75266-0038

Aramark
PO Box 731676
Dallas, TX 5373-1676

Atmos Energy
PO Box 790311
St. Louis, MO 63179-0311

Azura Leasing
PO Box 258
Caledonia, MI 49316-0258

Ben E. Keith Co.
PO Box 2607
Forth Worth, TX 76113

Bob Suffolk
6016 Vickery Blvd.
Dallas, TX 75206

C. S. Security, Inc.
PO Box 703531
Dallas, TX 75370-3531

Carlos Domiguez
13750 Esperanza Rd.
Apt. C1123
Dallas, TX 75240

Chase Bank
PO Box 6294
Carol Stream, IL 60197-6294

City of Dallas
 Department of Code Compliance
 Consumer Health Division
7901 Goforth Rd.

City of Dallas Water
City Hall, 2D
South Dallas, TX 75277

City of Dallas Water
PO Box 660025
Dallas, TX 75266-0025

Community Impact
3600 E. Palm Valley Blvd. Box #
Roud Rock, TX 78565

Comptroller of Public Accounts
 TABC
PO Box 13127
Austin, TX 78711-3127

Comptroller of Public Accounts
PO Box 149359
Austin, TX 78714-9359

Comptroller of Public Accounts
PO Box 149348
Austin, TX 78714-9348

Corporation Service Company
PO Box 2576
Springfield, IL 62708

Corporation Service Compnay
251 Littel Falls Drive
Wilmington, DE 19808

Cozzini Bros., Inc.
350 Howard Ave.
Des Plaines, IL 60018

Earthtek, Inc.
408 113th. St.
Arlington, TX 76011

Ernest Belmore
6006 Swiss Ave.
Dallas, TX 75214

Ernest Belmore
6006 Swiss Avenue
Dallas, TX 75214

Esmeralda's Bakery
10836 Grissom Ln., Suite 107
Dallas, TX 75229

First Citizens Bank
155 Commerce Way
Portsmouth, NH 03801

First-Citizens Bank & Trust Co.
PO Box 856502
Minneapolis, MN 55485-6502

Fox Rothschild LLP
Attn: Adam T. Hamilton
2501 N. Harwood Street, Suite 1
Dallas, TX 75201

Globex America, Inc.
2324 Shorecrest Drive
Dallas, TX 75235-1804

Gordon Food Services/Glazier Fo
PO Box 88029
Chicago, IL 60680-1029

Grainger
DEPT. 886290218
PO Box 419267
Kansas City, MO 64141-6267

Case 23-32943-sgj7 Doc 1 Filed 12/11/23 Entered 12/11/23 17:57:56 Desc Main
Document Page 8 of 9
Debtor(s): Buzzbrews, Inc.
Case No.
Chapter: 7
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

Green Light Distribution
555 Airline Dr. #100
Coppell, TX 75019

Kirby Restaurant & Chemical Sup
809 South Eastman Road
Longview, TX 75602

Popmenu, Inc.
1000 Parkwood Circle, Ste. 100
Atlanta, GA 30339

Heartland Payment Systems
One Heartland Way
Jeffersonville, IN 47130

Lakewood Ace Hardware
7331 Gaston Ave., Suite 120
Dallas, TX 75214

ProToCall, LLC
303 W Loop 281
Suite 110, PMB 149
Long View, TX 75605

Hebrews 13 Coffee, LLC
450 Century Pkwy., Ste. 205
Allen, TX 75013

Logical Lease
1061 E. Main St., Suite 100A
E. Dundee, IL 60118

Raj Hospitality, L.P.
Attn: Dhaval Patel
2009 Cottonwood Valley Circle S
Irving, TX 75038

Hill Country Diaries, Inc.
PO Box 80467
Austin, TX 78708

Martin Climaco
5811 Pineland Dr., #1125
Dallas, TX 75231

Rekerdres & Associates, Inc.
PO Box 140139
Dallas, TX 75214

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Mayer LLP
Attn: Brandon W. Maxey
750 N. St. Paul Street, Ste. 70
Dallas, TX 75201

Relient Metro Carbonation, LLC
PO Box 981
Pampa, TX 79066-0981

ISI Commercial Refrigeration, L
2801 South Valley Pkwy., Suite
Lewisville, TX 750067

NGR Business
PO Box 660749
Dallas, TX 75266-0749

Richardson Fire Equipment Co.
P.O. Box 835724
Richardson, TX 75083

John R. Ames
P.O. Box 139066
Dallas, TX 75313-9066

Oak Cliff Beverage Works, Inc.
P.O. Box 226017
Dallas, TX 75222

Rosalba Flores
258 Convencion Dr., 932
Fairview, TX 75069

Jose Diaz
9109 Boundbrook Ave.
Dallas, TX 75243

Omega Mechanical
15620 Western Trail
Frisco, TX 75035

Service Lloyds Insurance Compan
PO Box 26850
Austin, Texas 78755-0850

JPMorgan Chase Bank, NA
PO Box 33035
Louisville, KY 40232-9891

Orkin
3330 Keller Springs Rd., Suite
Carrollton, TX 75006-5068

Sigel's Beverages, L.P.
2960 Anode Lane
Dallas, TX 75220

Kirby Chemical & Restaurant Sup
809 South Eastman Road
Longview, TX 75602

Peticolas Brewing Co.
2026 Farrington St.
Dallas, TX 75207

Society Insurance
PO Box 856377
Minneapolis, MN 55485-6377

Spectrum Business
PO Box 60074
City of Industry, CA 91716-0074

US. Small Business Administration
1545 Hawkins Blvd., Ste. 202
El Paso, TX 79925

Spillover Software
3908 Ave. B
Austin, Texas 78751

Waste Connections Lone Star Inc
12150 Garland Road
Dallas, TX 75218-1533

Sun Life Assurance Company
  of Canada
12720 Hillcrest Rd., Suite 650
Dallas, TX 75230

Waste Management Dallas
P.O. Box 660345
Dallas, TX 75266

Sysco North Texas, Inc.
P.O. Box 560700
Lewisville, TX 75056

Wells Fargo Financial Leasing
1010 Thomas Edison Blvd. SW
Cedar Rapids, IA 52404

Texas Workforce Commission
P.O. Box 149037
Austin, TX 78714-9037

___

The Valdez Corporation
13951 Senlac Drive, Suite #100
Dallas, TX 75234

TriMark
2801 South Valley Pkwy., Suite
Lewisville, TX 750067

U.S. Attorney
Office of the U.S. Attorney
3rd Floor, 1100 Commerce Street
Dallas, TX 75242

U.S. Small Business Administrat
409 3rd Street, SW
Washington, DC 20416

U.S. Trustee
1100 Commerce Street, Room 9C60
Dallas, TX 75242